# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LANSDALE 329 PROP, LLC, et al.** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **NO. 20-2034** |
| **HARTFORD UNDERWRITERS INSURANCE COMPANY,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 9th day of December, 2020, it is hereby **ORDERED** that Defendant's Motion to Dismiss Nationwide Class Action Claims (Doc. No. 28) is **DENIED WITHOUT PREJUDICE**. The Court will consider the merits of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 27). If Plaintiff's individual claims survive judicial review under Federal Rule of Civil Procedure 12(b)(6), Defendant will be given leave to re-file its Motion to Dismiss Class Action Claims.

BY THE COURT:

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**