# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LANSDALE 329 PROP, LLC**, <u>et al.</u> | : |
| | :     **CIVIL ACTION** |
| **Plaintiffs,** | : |
| | : |
| v. | : |
| | :     **NO. 20-2034** |
| **HARTFORD UNDERWRITERS INSURANCE COMPANY,** | : |
| | : |
| **Defendant.** | : |

# ORDER

**AND NOW**, this 28th day of April, 2021, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 27), Plaintiffs' Response (Doc. No. 30), Defendant's Reply (Doc. No. 33), and Plaintiff's Sur-Reply (Doc. No. 38), it is hereby **ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case **CLOSED**.

                                          **BY THE COURT:**

                                          */s/ Mitchell S. Goldberg*
                                          **MITCHELL S. GOLDBERG, J.**