# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2047

Landsdale 329 Prop LLC, et al v. Hartford Underwriters Insuranc

(E.D. Pa. No.: 2-20-cv-02034)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 30, 2024
CJG/cc:    Jeffrey A. Barrack, Esq.
           Jonathan M. Freiman, Esq.
           David R. Roth, Esq.
           Mr. George V. Wylesol

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate